JARED M. THOMPSON (SBN 261942)
THE LAW OFFICES OF KYLE J. HUMPHREY
2211 17th Street
Bakersfield, CA 93301
(661) 327-1360 (phone)
(661) 327-2942 (facsimile)

Attorney for Defendant
RONALD JACKSON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD JACKSON,<br><br>Defendant | Case No. 5:13-MJ-00073 JLT<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE & PROPOSED ORDER**<br><br>**(Doc. 8)** |
|---|---|

The Defendant, RONALD JACKSON, by and through his attorney of record, Jared M. Thompson, and the United States of America, by and through its representative, Richard Watt, hereby stipulate as follows:

1. The status conference in this matter is currently set for December 30, 2013 at 9:00 a.m.

2. The defense is seeking a continuance of the status conference for the purpose of case review and investigation. Defense counsel was only recently appointed to this case and requires time to prepare the case. In addition, defense counsel had a previously set matter in California Superior Court, San Luis Obispo County, on December 30, 2013 at 8:00 a.m. Due to this calendar conflict, defense counsel is unavailable for the hearing in this matter.

3. The defense is requesting that Mr. Jackson's status conference be continued to January 27, 2014, at 9:00 a.m.

4. The United States has no objection to the requested continuance and the date selected.

The parties agree that the time until the next status conference be excluded under the Speedy Trial Act to preserve the interests of justice under 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO STIPULATED.**

DATED:  December 24, 2013                    The Law Office of Kyle J. Humphrey

                                                    By: /s/  Jared M. Thompson
Jared M. Thompson
Attorney for   Defendant
Ronald Jackson

DATED:  December 24, 2013                    United States Attorney's Office

                                                    By: /s/ Richard Watt
Richard Watt
USFS

**ORDER**

IT IS HEREBY ORDERED that Mr. Jackson's Status Conference date, currently set on December 30, 2013, at 9:00 a.m., is continued to January 27, 2014, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **December 27, 2013**              /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE